

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

JACK L. STEVENS

Case No. 2:25mj226
Court Date: January 7, 2026

CRIMINAL INFORMATION

COUNT ONE

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 4, 2025, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JACK L. STEVENS, did knowingly, and without just cause, obstruct law enforcement officers in the performance of their duties as such.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-460.)

COUNT TWO

Misdemeanor - Violation No. 9104832

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 4, 2025, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JACK L. STEVENS, did have in his possession a driver's license which he knew to be fictitious or altered for the purpose of evading the intent of Chapter 3 of Virginia Code Title 46.2.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-346.)

Respectfully submitted,

Lindsey Halligan
United States Attorney

By: *Ashley J. Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
ashley.young@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
ashley.young@usdoj.gov

**17 October 2025**
_____
Date